BURKHOLZ, Respondent, *v.* GILDER *et al.*, Appellants.

(*Common Pleas of New York City and County, General Term.* June 27, 1889.)

Appeal from trial term.

*Hugh L. Cole*, for appellant.    *Doherty, Durnin & Hendrick*, for respondents.

PER CURIAM.    The letters of the witness Mackay were irrelevant to the issues in the action.    They related to, and were written during the existence of, a former transaction in the year 1886, which had been closed and settled. Their introduction in evidence against the objection of the defendants was error.    As we are unable to say that the minds of the jury were not affected by this evidence, to the prejudice of the defendants, there must be a new trial.    Judgment reversed, and new trial ordered, with costs to abide event.